```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE
TOPS HOLDING II CORPORATION, *et al.*,

                Debtors.

ALAN D. HALPERIN, AS THE LITIGATION TRUSTEE FOR THE TOPS HOLDING LITIGATION TRUST,

                Plaintiff.

  -against-

MORGAN STANLEY INVESTMENT MANAGEMENT INC.; MORGAN STANLEY CAPITAL PARTNERS V U.S. HOLDCO LLC a/k/a NORTH HAVEN CAPITAL PARTNERS V U.S. HOLDCO LLC; HSBC EQUITY PARTNERS USA, L.P.; HSBC PRIVATE EQUITY PARTNERS II USA L.P.; TURBIC INC; BEGAIN COMPANY LIMITED; GARY MATTHEWS; ERIC KANTER; ERIC FRY; GREG JOSEFOWICZ; and STACEY RAUCH,

                Defendants.

No. 22-Civ-9500 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    For the reasons given in this Court's January 6, 2023 Opinion, Appellant Morgan Stanley Capital Partners V U.S. Holdco LLC's motion for leave to appeal is DENIED. See Opinion & Order, No. 22-Civ-9450 (NSR), ECF No. 10, for full analysis.

    The Clerk of Court is respectfully directed to terminate the motion at No. 22-Civ-9500, ECF No. 3, and close the case.

Dated: January 11, 2023
White Plains, NY

SO ORDERED:

*[signature]*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE